UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CAUSE NO. |
| ANTONIA CORTEZ-GONZALEZ, | ) | -05 |
| Defendant. | ) | |

1:19-cr-0017 JMS -TAB

PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1 | 21 U.S.C. § 846<br>Conspiracy to Distribute Controlled Substances | 10-Life | NMT $10,000,000 | NLT 5 years |

Dated: _____    _____
ANTONIA CORTEZ-GONZALEZ
Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that she signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana