AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | | |
|---|---|---|
| United States of America<br>v.<br><br>Antonia Cortez-Gonzalez -05<br><br>_____<br>*Defendant* | ) ) ) ) ) ) ) | Case No.<br><br>1:19-cr-0017 JMS -TAB |

FILED
JAN 22 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:   Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Antonia Cortez-Gonzalez                                                                                                                         ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

   Count 1: Conspiracy to Distribute Controlled Substances, in violation of 21 U.S.C. § 846.


Date: 1/16/2019

CLERK OF COURT, *Laura A. Briggs*

BY: _[signature]_
*Deputy Clerk*

City and state:   Indianapolis, Indiana

### Return

   This warrant was received on *(date)* 01/17/19, and the person was arrested on *(date)* 01/18/19
at *(city and state)*   Indianapolis, IN.

Date: 01-22-19

_[signature]_
*Arresting officer's signature*

SA Matt Holbrook
*Printed name and title*